# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1595
_____

JOSEPH BARNEY WAINWRIGHT
JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Amended Petition Alleging Ineffective Assistance of Appellate
Counsel—Original Jurisdiction.

July 15, 2026

PER CURIAM.

The Court denies the petition alleging ineffective assistance
of appellate counsel on the merits.

LEWIS, WINOKUR, and NEFF, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————

Joseph Barney Wainwright Jr., pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.